# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NOLAN GREGORY PROCTOR, | : | No.: 4:17-CV-1429 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| | : | (Magistrate Judge Mehalchick) |
| ERIC CLAWSON STEWART, *et. al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 16th day of November 2017, having conducted a *de novo* review, and no opposition having been filed in response to the report and recommendation of the magistrate judge **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Karoline Mehalchick's September 21, 2017 Report and Recommendation, ECF No. 6, is ADOPTED in full.
2. The action is DISMISSED with prejudice.
3. The Clerk is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge